**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 MAR 31 A 11:13

CLERK OF COURT

**Karen Spann Turner,**
Plaintiff,

v. Case No.: _____  **26-C 533**

**Educators Credit Union,**
Defendant.

---

**COMPLAINT FOR DAMAGES**

(Violation of the Fair Credit Reporting Act)

---

## 1. JURISDICTION AND VENUE

1. This action arises under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under federal law.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the events giving rise to this claim occurred in this District and Plaintiff resides in this District.

## 2. PARTIES

4. Plaintiff, Karen Spann Turner, is a resident of Milwaukee, Wisconsin.

5. Defendant, Educators Credit Union, is a financial institution that provides information to consumer reporting agencies and conducts business within this District.

## 3. FACTUAL ALLEGATIONS

6. Plaintiff filed for Chapter 7 bankruptcy on September 22, 2016.

7. The bankruptcy was fully discharged on January 5, 2017.

8. Despite the discharge, Defendant continued reporting Plaintiff's account as "actively in bankruptcy" to Experian for approximately seven (7) years thereafter.

9. This reporting was inaccurate, misleading, and materially false.

10. Plaintiff did not discover this inaccurate reporting until approximately March 2024, when a lender identified the issue during the underwriting process.

11. The inaccurate reporting was not reflected on TransUnion or Equifax, making the error difficult for Plaintiff to detect.

12. Upon discovery, Plaintiff promptly contacted Defendant, and the inaccurate information was eventually removed.

13. Prior to correction, Plaintiff suffered harm including, but not limited to:
    a. Denial of credit and loan opportunities
    b. Loss of favorable interest rates and lending terms
    c. Interference with housing opportunities
    d. Financial hardship and instability
    e. Emotional distress, frustration, and reputational harm

## 4. CLAIMS FOR RELIEF

### COUNT I

Violation of the Fair Credit Reporting Act
(15 U.S.C. § 1681s-2(b))

14. Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

15. Defendant failed to conduct a reasonable investigation after receiving notice of dispute regarding inaccurate information.

16. Defendant failed to correct or delete inaccurate information.

17. Defendant's conduct was negligent and/or willful.

### COUNT II

Violation of the Fair Credit Reporting Act
(15 U.S.C. § 1681e(b))

18. Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

19. Defendant failed to follow reasonable procedures to ensure maximum possible accuracy of the information reported.

20. Defendant's conduct resulted in the reporting of inaccurate and harmful credit information.

## 5. DAMAGES

21. As a direct and proximate result of Defendant's actions, Plaintiff suffered:
    a. Actual damages
    b. Financial loss
    c. Emotional distress

22. Defendant's violations were willful, in that Defendant knowingly or recklessly reported inaccurate information for an extended period despite its obligations under federal law.

23. Plaintiff is entitled to statutory damages, punitive damages, costs, and attorney's fees pursuant to the FCRA.

## 6. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and award:

A. Actual damages
B. Statutory damages
C. Punitive damages
D. Costs of litigation and attorney's fees
E. Any further relief the Court deems just and proper

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

DATED: 3/19/26

Karen Spann Turner
3430 N 48th Street
Milwaukee, WI 53216
(414) 339-5097